GORLICK, KRAVITZ & LISTHAUS, P.C.
Michael J. Vollbrecht, Esq. (MV 1118)
17 State Street, 4th Floor
New York, New York 10004
(212) 269-2500
MVollbrecht@gkllaw.com

Attorneys for Plaintiffs

RECEIVED
APR 0 4 2008
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL                  :
WELFARE FUND, PENSION FUND, ANNUITY             :
FUND, and TRAINING PROGRAM FUND, and            :      08 Civ.
JOHN J. VIRGA, in his fiduciary capacity as Director, :
                                                :
                                                :      CERTIFICATE OF
                                  Plaintiffs,   :      IDENTIFICATION OF
                                                :      CORPORATE AFFILIATION
                                                :
            - against -                         :
                                                :
                                                :
OILEAN CONSTRUCTION, INC. and                   :
CENTENNIAL INSURANCE COMPANY,                   :
                                                :
                                  Defendants.   :
-----------------------------------------------------------------------X

    1.    This Certificate is prepared in compliance with Rule 7.1 of the Local Civil Rules of
the Southern and Eastern Districts of New York to enable judges and magistrates to evaluate
possible disqualification or recusal.

    2.    Plaintiffs Mason Tenders District Council Welfare Fund, Pension Fund, Annuity
Fund, and Training Fund, and John J. Virga, in his fiduciary capacity as Director ("Funds"), have
no corporate parents, subsidiaries, or affiliates.

Dated:  New York, New York
        March 25, 2008

                              GORLICK, KRAVITZ & LISTHAUS, P.C.
                              Attorneys for Plaintiffs

                        By:

                              Michael J. Vollbrecht, Esq.
                              MV 1118
                              17 State Street, 4th Floor
                              New York, New York  10004
                              (212) 269-2500