AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, et al.,
        Plaintiffs,

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: 08 CV

OILEAN CONSTRUCTION, INC. and
CENTENNIAL INSURANCE COMPANY
        Defendants.

**08 CV 03348**

JUDGE KOELTL

TO: (Name and Address of Defendant)

OILEAN CONSTRUCTION, INC.
58-67 56TH STREET
MASPETH, NEW YORK 11378

CENTENNIAL INSURANCE COMPANY
3 GIRALDA FARMS
MADISON, NEW JERSEY 07940-1004

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

GORLICK, KRAVITZ & LISTHAUS, P.C.
17 STATE STREET, 4TH FLOOR
NEW YORK, NEW YORK 10004

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON

APR 0 4 2008

CLERK

DATE

BY DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate the appropriate method of service:*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion than residing therein.
☐ Name of person with whom the summons and complaint were left: _____
   Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing infomation contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              *Date*                           *Signature of Server*

_____
*Address of Server*

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, et al.,

        Plaintiff(s),

  -against-                                      AFFIDAVIT OF SERVICE
                                                            08 CV 03348

OILEAN CONSTRUCTION, INC. AND
CENTENNIAL INSURANCE COMPANY,

        Defendant(s).
--------------------------------------------------------X
STATE OF NEW YORK    )
                               S.S.:
COUNTY OF ALBANY    )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 11TH day of April, 2008, at approximately the time of 1:00P.M., at the office of the Secretary of State, of the State of New York in the City of Albany, New York, deponent served the SUMMONS AND COMPLAINT AND JUDGES' RULES upon OILEAN CONSTRUCTION, INC., the defendant in this action, by delivering to and leaving with CAROL VOGT an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 306, Business Corporation Law.

        Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

        CAROL VOGT is a white female, approximately 54 years of age, stands approximately 5 feet 3 inches tall, weighs approximately 105 pounds with brown hair and wears glasses.

_____
DEBORAH LaPOINTE

Sworn to before me this
11TH day of April, 2008

_____
NOTARY PUBLIC

Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co.
No. 4721156
Comm. Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com