AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, et al.,

    Plaintiffs,

V.

OILEAN CONSTRUCTION, INC. and
CENTENNIAL INSURANCE COMPANY
    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV

**08 CV 03348**

JUDGE KOELTL

TO: (Name and Address of Defendant)

OILEAN CONSTRUCTION, INC.
58-67 56TH STREET
MASPETH, NEW YORK 11378

CENTENNIAL INSURANCE COMPANY
3 GIRALDA FARMS
MADISON, NEW JERSEY 07940-1004

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

GORLICK, KRAVITZ & LISTHAUS, P.C.
17 STATE STREET, 4TH FLOOR
NEW YORK, NEW YORK 10004

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON

CLERK

BY DEPUTY CLERK

DATE: APR 0 4 2008

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT): | TITLE |

*Check one box below to indicate the appropriate method of service:*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion than residing therein.

☐ Name of person with whom the summons and complaint were left: _____
    Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing infomation contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 *Date*                                          *Signature of Server*

                                         _____
                                         *Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, et al.,
        Plaintiff(s),

JUDGE KOELTL
Index No. 08 CV 03348

  -against-

AFFIDAVIT OF SERVICE

OILEAN CONSTRUCTION, INC. and
CENTENNIAL INSURANCE COMPANY,
        Defendant(s).
----------------------------------------------------X
STATE OF NEW YORK)
                 S.S.:
COUNTY OF NEW YORK)

      ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 17th day of April 2008, at approximately 1:15 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE JOHN G. KOELTL, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE GABRIEL W. GORENSTEIN AND 3RD AMENDED INSTRUCTIONS FOR FILING AND ELECTRONIC CASE OR APPEAL** upon Centennial Insurance Company c/o New York State Insurance Department at 25 Beaver Street, New York, NY 10004, by personally delivering and leaving the same with Charlene Norris, Clerk, who informed deponent that she is an agent authorized by appointment to receive service at that address. At the time of service, a fee in the sum of $40.00 was tendered.

      Charlene Norris is a black female, approximately 46 years of age, stands approximately 5 feet 7 inches tall and weighs approximately black pounds with brown hair and brown eyes.

_____
ROBERT MILLS #1004298

Sworn to before me this
21st day of April 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___

# NEW YORK STATE INSURANCE DEPARTMENT

Nº 13887

DATE 4/17 20 08    CK# 26885

RECEIVED OF Horlick, Kravitz & Listhaus

———— Forty ———— DOLLARS

Mason Tenders District Council Welfare Fund v. Centennial Ins Co

$ 40.00   Rec'd Edward Thompson – Legal Asst
By: Edmondo Norros