```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, PENSION FUND, ANNUITY FUND
And TRAINING PROGRAM and JOHN L. VIRGA, in
his fiduciary capacity as Director,

       Plaintiffs,

   -against-

OILEAN CONSTRUCTION, INC and CENTENNIAL
INSURANCE COMPANY,

       Defendants
------------------------------------------------------------X

STIPULATION
EXTENDING TIME
TO ANSWER

08 W. 3348 (JGK)

  **IT IS HEREBY STIPULATED AND AGREED** that the time for the defendant Centennial Insurance Company to appear, answer, amend or supplement the Answer as of counsel or to make any motion with relation to the Summons or to the Complaint in this action, be and the same hereby is extended to and including the 28TH day of May 2008.

Dated: New York, New York
   May 6, 2008

GORLICK, KRAVITZ & LISTHAUS

By: _____
 Michael J. Vollbrecht Esq.
 Attorney for Plaintiffs
 17 State Street
 New York, NY 10004
 New York, NY 10006
 (212) 269-2600

GOTTESMAN, WOLGEL, MALAMY
FLYNN & WEINBERG P.C.

By: _____
 Robert A. Dashow, Esq.
 Attorney for Centennial Insurance
 11 Hanover Square-4th Flr.
 New York, NY 10005
 (212) 495-0100

5/6/08  SO ORDERED: _____ 6/6/08