GORLICK, KRAVITZ & LISTHAUS, P.C.
Michael J. Vollbrecht, Esq. (MV 1118)
17 State Street, 4th Floor
New York, New York 10004-1501
(212) 269-2500
MVollbrecht@gkllaw.com

Attorneys for Plaintiffs

```
USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, et al.,                     :    08 Civ. 03348 (JGK)

               Plaintiffs,                :

       - against -                        :    STIPULATION AND ORDER
                                               OF DISMISSAL AS TO
OILEAN CONSTRUCTION, INC. and             :    CENTENNIAL INSURANCE
CENTENNIAL INSURANCE COMPANY,                  COMPANY ONLY

               Defendants.                :
------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties who have appeared in the above-captioned action, that, the attorneys having advised the Court that this action has been settled, it is hereby ORDERED that this action is discontinued as to defendant CENTENNIAL INSURANCE COMPANY only, with prejudice, and without costs to either party.

Dated:  New York, New York
        May 15, 2008

GORLICK, KRAVITZ & LISTHAUS, P.C.                GOTTESMAN, WOLGEL, MALAMY,
                                                 FLYNN & WEINBERG, PC
Attorneys for Plaintiffs                         Attorney for Defendants

By: /s/ Michael J. Vollbrecht                    By: /s/ Robert A. Dashow
    Michael J. Vollbrecht, Esq.                      Robert A. Dashow, Esq.
    MV 1118                                          RD 8235
17 State Street, 4th Floor                       11 Hanover Square
New York, New York 10004-1501                    New York, New York 10005
(212) 269-2500                                   (212) 495-0100

SO ORDERED:

/s/ John G. Koeltl
Hon. John G. Koeltl, U.S.D.J.
5/28/08