GORLICK, KRAVITZ & LISTHAUS, P.C.
Michael J. Vollbrecht, Esq. (MV1118)
17 State Street, 4th Floor
New York, New York 10004
(212) 269-2500
MVollbrecht@gkllaw.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2008
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, PENSION FUND, ANNUITY
FUND, TRAINING PROGRAM FUND, and
JOHN J. VIRGA, in his fiduciary capacity as Director,

                Plaintiffs,

-against-

OILEAN CONSTRUCTION, INC. and
CENTENNIAL INSURANCE COMPANY,

                Defendants.
------------------------------------------------------------X

08 Civ. 03348 (JGK)

ORDER TO SHOW CAUSE
FOR JUDGMENT BY DEFAULT
AS TO OILEAN CONSTRUCTION,
INC. ONLY

      Upon the annexed affidavits of Michael J. Vollbrecht, Esq., affidavit of Michelle Stein Berman, affidavit Michael S. Adler, Esq., and affidavit of Tiffany Lewis sworn to June 2, 2008, and exhibits annexed thereto, submitted herewith, and upon all the papers and proceedings heretofore had herein, it is

      **ORDERED** that defendant show cause before the Honorable John G. Koeltl, U.S.D.J., at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 12B, on June 27, 2008, at 10:00 a.m. or as soon thereafter as counsel can be heard, why judgment by default should not be entered in favor of plaintiff MASON TENDERS DISTRICT COUNCIL WELFARE FUND ("PLAINTIFF") as collecting agent for plaintiffs MASON TENDERS DISTRICT COUNCIL WELFARE FUND, PENSION FUND, ANNUITY FUND, and TRAINING PROGRAM FUND, and JOHN J. VIRGA, in his fiduciary capacity as Director ("FUNDS") and

against defendant OILEAN CONSTRUCTION, INC. in the liquidated amount of $167,145.21, which amount includes fringe benefits principal, statutory damages, compound interest on fringe benefits principal, dues checkoffs principal, interest on dues checkoffs principal, Political Action Committee ("PAC") contributions, interest on PAC contributions, audit fees, costs, and attorneys' fees; and ordering defendant OILEAN CONSTRUCTION, INC. to post and maintain a bond in the amount of $205,765.88 to guarantee payment to PLAINTIFF of all fringe benefit contributions, dues checkoffs, and PAC contributions that become due and owing within thirty (30) days after entry and service of a judgment; and ordering defendant OILEAN CONSTRUCTION, INC. to permit and cooperate in the conduct of an audit of defendant OILEAN CONSTRUCTION, INC.'s books and records for the period June 29, 2005 to the present; and for such order and further relief as may be appropriate; and it is further

**ORDERED** that service of this Order and supporting papers herein, by certified mail, return receipt requested, upon the defendants on or before June 12, 2008 shall be deemed good and sufficient service; answering papers are due June 20, 2008; reply papers are due June 26, 2008; courtesy copies shall be delivered to chambers on the same day they are filed.

Dated: New York, New York
      June 10, 2008

                              _____
                              Hon. John G. Koeltl, U.S.D.J.

THE DEFENDANT OILEAN CONSTRUCTION IS ADVISED THAT FAILURE TO RESPOND TO THE ORDER TO SHOW CAUSE MAY BE GROUNDS FOR A DEFAULT JUDGMENT BEING ENTERED AGAINST IT, IN WHICH EVENT THE DEFENDANT OILEAN WILL HAVE NO TRIAL.
THE PLAINTIFF SHALL FILE PROOF OF SERVICE OF THIS ORDER TO SHOW CAUSE BY June 24, 2008.

                              SO ORDERED
                              _____
                              6/10/08      U.S.D.J.

GORLICK, KRAVITZ & LISTHAUS, P.C.
Michael J. Vollbrecht, Esq. (MV 1118)
17 State Street, 4th Floor
New York, New York 10004
(212) 269-2500
MVollbrecht@gkllaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL WELFARE
FUND, PENSION FUND, ANNUITY FUND,
and TRAINING PROGRAM FUND, and
JOHN J. VIRGA, in his fiduciary capacity as Director,

             08 Civ. 03348 (JGK)

          Plaintiffs,

             CLERK'S CERTIFICATE

   -against-

OILEAN CONSTRUCTION, INC. and
CENTENNIAL INSURANCE COMPANY,

          Defendants.
-----------------------------------------------------------------X

  I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the entries in the above-entitled action indicate that this action was commenced by the filing of a Summons and Complaint in this Court on April 4, 2008 and a true copy of the summons and complaint having been served upon defendant OILEAN CONSTRUCTION, INC. on April 11, 2008, by Deborah LaPointe, a licensed process server, by service upon Carol Vogt, an agent of the Secretary of State of the State of New York, pursuant to section 306 of the Business Corporation Law of the State of New York; and a true copy of the summons and complaint having been served upon defendant CENTENNIAL INSURANCE COMPANY on April 17, 2008 by Robert Mills, a licensed process server, by service upon Centennial Insurance Company, c/o New York State Insurance Department, 25 Beaver Street, New York, New York 10004; and proofs of service having been filed with the Court on April 25, 2008; and a Stipulation and Order of Dismissal as to defendant CENTENNIAL INSURANCE

COMPANY was entered on May 29, 2008.

I further certify that the docket entries indicate defendant OILEAN CONSTRUCTION, INC. has not filed an answer, appearance, or otherwise moved with respect to the complaint and such defendants' time to respond has expired.

The default of defendant OILEAN CONSTRUCTION, INC. is hereby noted.

Dated: New York, New York
       June 10, 2008

*J. Michael McMahon*
_____
CLERK

-2-