GORLICK, KRAVITZ & LISTHAUS, P.C.
Michael J. Vollbrecht, Esq. (MV 1118)
17 State Street, 4th Floor
New York, New York  10004-1501
(212) 269-2500
MVollbrecht@gkllaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL          :
WELFARE FUND, PENSION FUND, ANNUITY     :
FUND, TRAINING PROGRAM FUND, and        :        08 Civ. 03348 (JGK)
JOHN J. VIRGA, in his fiduciary capacity as Director,  :
                                        :
        Plaintiffs,                     :
                                        :
    - against -                         :        AFFIDAVIT OF SERVICE
                                        :
OILEAN CONSTRUCTION, INC. and           :
CENTENNIAL INSURANCE COMPANY,           :
                                        :
        Defendants.                     :
--------------------------------------------------------------------------X

STATE OF NEW YORK     )
                      )
COUNTY OF NEW YORK )

        MICHAEL S. ADLER, being duly sworn, deposes and says:

        On June 11, 2008, I served true and correct copies of the Order to Show Cause for Judgment

by Default as to Oilean Construction, Inc. Only, together with all supporting papers, in the above-

referenced action upon defendant OILEAN CONSTRUCTION, INC., via certified mail, return receipt

requested at the following address:

58-67 56th Street
Maspeth, New York 11378

_____
Michael S. Adler

Sworn to before me this
12th day of June 2008

_____
Notary Public
DENNIS E. TOREGGIANI
Notary Public, State of New York
No. 02TO6119910
Qualified in Kings County
Commission Expires December 6, 2008